**United States District Court**
**Violation Notice**

CVB Location Code

V S S1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4342393 | Wayman | 3858 |

4342393

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11-16-2011  1401 | 17A-3-16 |

Place of Offense

Upper Rd, Lot H3

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Expired Registration

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Brewer | Ashley | J |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| SWH398 | WV | 06 | Chevy Cobalt | | Black |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature   Ashley Brewer

(Rev. 01/2011)          Original - CVB Copy

CVB SCAN DEC 09, 2015 14:04

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 16 , 20 15 while exercising my duties as a law enforcement officer in the Southern District of W.v

I stopped Brewer upon observing the tags on her car as being expired in May 2015. Confirmed by dispatch via radio.

FILED

JAN 1 16

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

The foregoing statement is based upon:

☒ my personal observation       ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11-16-2015    Jen Wayman
           Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
           Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN DEC 09, 2015 14:04