IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              Case No.:  3:16-mj-00002
                                                    (Violation No.: VS51-4342393)

**ASHLEY J. BREWER**

## ORDER

On November 16, 2015, a violation notice was issued by Officer Wayman, Veterans Administration Medical Center (VAMC), Huntington, charging defendant with Expired Registration, in violation of West Virginia Code 17A-3-16.  (ECF No. 1). The Central Violations Bureau sent a notice to defendant directing her to appear before the undersigned United States Magistrate Judge on January 20, 2016 at 10:00 a.m. for proceedings on the alleged violation.

On January 20, 2016, the Court called the above-styled case in open court. The United States of America appeared by R. Gregory McVey, Assistant United States Attorney. However, defendant failed to appear as noticed.

Accordingly, the Court instructed the Clerk to issue a Notice to Appear, using AO Form 234, which advises the defendant to appear at the next scheduled petty offense docket. **Failure of the defendant to appear at the next docket call shall result in the issuance of a warrant for defendant's arrest.** The Court **ORDERED** that the matter be passed until the next petty offense docket on **February 17, 2016** at **10:00 a.m.**

The Clerk is instructed to provide a copy of this Order to the defendant, Assistant United States Attorney R. Gregory McVey, Officer Wayman, VAMC, Huntington, and the United States Marshals Service.

**ENTERED:** January 20, 2016

*[signature]*
Cheryl A. Eifert
United States Magistrate Judge