# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>**ASHLEY J BREWER**<br><br><br><br>*Defendant* | Docket No.:3:16mj00002<br><br>Violation Notice Number(s): VS51  4342393<br>Violation Date(s): 11/16/2015<br><br>Offense(s):<br>EXPIRED REGISTRATION |

## NOTICE TO APPEAR

**A violation notice issued to you personally or placed on your vehicle remains unanswered.**

A hearing has been scheduled on this matter before a United States magistrate judge. This notice provides you with one final opportunity to:

1. Pay $ _____ $0.00 _____ *(amount due)* in lieu of appearing in court.
   *By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel. If you are charged with a motor vehicle violation, your payment may be reported to your state's motor- vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state. You may pay on-line at www.cvb.uscourts.gov, or mail this notice with a check or money order to the Central Violations Bureau, P.O. Box 70939, Charlotte, NC 28272. DO NOT SEND CASH. Write the violation number and location code on your check or money order.*

   **OR**

2. Appear before a United States magistrate judge at the following date, time, and place to answer the charge(s).

| Location: US DISTRICT COURT<br>1ST FLOOR COURTROOM<br>845 FIFTH AVENUE<br>HUNTINGTON, WV 25701 | Date and Time:<br>02/17/2016 10:00 AM |
|---|---|

*If you appear before the court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25.*

If you do not pay the amount due shown above and fail to appear in court on the date and time scheduled, the United States district court may issue a summons ordering you to appear, or issue a warrant for your arrest. If you are charged with a motor-vehicle violation, the court may also report your failure to pay or appear in court to your state's motor-vehicle or driver-licensing agency. This may affect your driving or registration privileges, or both.

Date: 1/20/16                                CLERK OF COURT
                                             By: *[signature]*