# Courtroom Minute Report

**Room:** Huntington  **Case No.:** Petty Offenses  **Type:** Petty Offense
**Caption:** CVB DOCKET  **Judge:** Cheryl A. Eifert

**Started:** 1/20/2016 9:58:39 AM
**Ends:** 1/20/2016 11:31:32 AM   **Length:** 01:32:54

    Judge: Cheryl A. Eifert
    Courtroom Deputy: Brooke Opperman
    Assistant U.S. Attorney: R. Gregory McVey
    CVB DOCKET

| Time | Event |
|---|---|
| 9:59:25 AM | Judge called to bench by courtroom deputy |
| 10:00:40 AM | 3:15mj101; Daniel M. Bagley |
| 10:00:50 AM | Defendant present; AUSA present; Officer Wassell present |
| 10:02:02 AM | Courtroom Deputy: Brooke Opperman |
| 10:02:07 AM | Defendant given oath by courtroom deputy |
| 10:02:21 AM | Defendant states personal information |
| 10:02:55 AM | Judge: Cheryl A. Eifert |
| 10:02:58 AM | Stated rights of defendant and defendant acknowledged these rights |
| 10:03:47 AM | Stated violation(s) in charging document and possible penalties |
| 10:06:12 AM | Defendant pleads not guilty to charges |
| 10:06:29 AM | Will proceed with trial |
| 10:07:25 AM | Assistant U.S. Attorney: R. Gregory McVey |
| 10:07:46 AM | Calls witness: Officer Wassell |
| 10:08:01 AM | Witness given oath by Courtroom Deputy |
| 10:08:44 AM | Direct examination of witness |
| 10:09:34 AM | Defendant identified in Courtroom |
| 10:13:14 AM | Cross examination of witness |
| 10:19:49 AM | Witness excused |
| 10:19:56 AM | Calls witness: Officer Wayman |
| 10:20:24 AM | Witness given oath by Courtroom Deputy |
| 10:20:35 AM | Direct examination of witness |
| 10:24:47 AM | Cross examination of witness |
| 10:28:14 AM | Witness excused |
| 10:28:23 AM | Defendant calls witness: Forest Dolan |
| 10:28:59 AM | Witness given oath by Courtroom Deputy |
| 10:29:09 AM | Direct examination of witness |
| 10:36:45 AM | Cross examination of witness |
| 10:41:49 AM | Redirect examination of witness |
| 10:44:33 AM | Witness excused |
| 10:45:56 AM | Defendant calls himself as a witness |
| 10:46:13 AM | Direct examination of witness |
| 10:50:03 AM | Cross examination of witness |
| 10:54:18 AM | Assistant U.S. Attorney: R. Gregory McVey |
| 10:54:20 AM | Argument regarding charges against defendant |
| 10:55:13 AM | Statements in defense |
| 10:57:44 AM | Judge: Cheryl A. Eifert |
| 10:57:48 AM | Finds defendant guilty of charges |
| 10:59:54 AM | AUSA's statement regarding fine amounts |
| 11:01:55 AM | Defendant's statement in mitigation of fine amounts |
| 11:02:52 AM | Judge: Cheryl A. Eifert |
| 11:02:53 AM | Orders a $285 fine which includes $25 processing fee and $10 special assessment; 6 months to pay |
| 11:04:05 AM | 14 days to appeal conviction and sentence |
| 11:04:59 AM | Hearing adjourned |
| 11:05:14 AM | 3:15mj109; Richard E. Layne |
| 11:06:04 AM | Defendant not present; AUSA present; Officer Wassell present |
| 11:06:07 AM | Clerk to issue warrant |
| 11:06:11 AM | 3:15mj110; Drajey L. Maynard |
| 11:06:18 AM | Defendant not present; AUSA present; Officer Wassell present |

| Time | Event |
|---|---|
| 11:06:23 AM | Clerk to issue warrant |
| 11:06:28 AM | 3:15mj112; Mary E. Stanley |
| 11:06:36 AM | Defendant not present; AUSA present; Officer Wassell present |
| 11:06:37 AM | Clerk to issue warrant |
| 11:06:39 AM | 3:15mj113; Meardie J. Stidom |
| 11:07:04 AM | Defendant not present; AUSA present; Officer Wassell present |
| 11:07:06 AM | Clerk to issue warrant |
| 11:07:08 AM | 3:15mj114; Christopher L. Stidom |
| 11:07:19 AM | Defendant present in courtroom; AUSA present; Officer Wayman present |
| 11:08:02 AM | Defendant given oath by Courtroom Deputy |
| 11:08:10 AM | Defendant stated personal information |
| 11:08:16 AM | Judge: Cheryl A. Eifert |
| 11:08:19 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:08:55 AM | Stated violation(s) in charging document and possible penalties |
| 11:09:58 AM | Defendant pleads guilty |
| 11:10:35 AM | Judge: Cheryl A. Eifert |
| 11:10:37 AM | Finds defendant guilty |
| 11:11:32 AM | Assistant U.S. Attorney: R. Gregory McVey |
| 11:11:35 AM | Recommends minimum fine |
| 11:11:48 AM | Judge: Cheryl A. Eifert |
| 11:11:59 AM | Orders defendant to pay $10 special assessment within 30 days |
| 11:12:52 AM | Hearing adjourned |
| 11:12:57 AM | 3:16mj1; Randall L. Adkins |
| 11:13:13 AM | Defendant present in courtroom; AUSA present; Officer Wayman present |
| 11:14:09 AM | Defendant given oath by Courtroom Deputy |
| 11:14:24 AM | Defendant stated personal information |
| 11:14:34 AM | Judge: Cheryl A. Eifert |
| 11:14:38 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:15:18 AM | Stated violation(s) in charging document and possible penalties |
| 11:16:54 AM | Defendant pleads guilty |
| 11:19:15 AM | Judge Eifert finds defendant guilty |
| 11:19:46 AM | Assistant U.S. Attorney: R. Gregory McVey |
| 11:19:50 AM | Fine recommendations |
| 11:21:00 AM | Judge: Cheryl A. Eifert |
| 11:21:25 AM | Fine amount of $100; includes $25 processing fee, $10 special assessment; 30 days to pay |
| 11:22:16 AM | 14 days to appeal |
| 11:22:27 AM | Hearing adjourned |
| 11:22:30 AM | 3:16mj3; Jacqueline G. Hundley |
| 11:22:52 AM | Defendant present in Courtroom; AUSA present; Officer Wayman present |
| 11:23:23 AM | Defendant given oath by courtroom deputy |
| 11:23:33 AM | Defendant stated personal information |
| 11:23:53 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:24:15 AM | Stated violation(s) in charging document and possible penalties |
| 11:25:32 AM | Defendant pleads guilty |
| 11:26:50 AM | Finds defendant guilty |
| 11:27:29 AM | Assistant U.S. Attorney: R. Gregory McVey |
| 11:27:47 AM | Recommended fine |
| 11:27:54 AM | Defendant speaks in mitigation of fine |
| 11:28:45 AM | Judge: Cheryl A. Eifert |
| 11:28:47 AM | Fine amount of $100; includes $25 processing fee and $10 special assessment; 90 days to pay |
| 11:29:47 AM | 14 days to appeal |
| 11:29:50 AM | Hearing adjourned |
| 11:29:52 AM | 3:16mj2; Ashley J. Brewer |
| 11:30:04 AM | Defendant not present; AUSA present, Officer Wayman present |
| 11:30:12 AM | Clerk to issue AO 234 Notice to Appear; passed to next docket |
| 11:30:20 AM | 3:16mj4; Jonathan G. Justice |
| 11:30:32 AM | Defendant not present; AUSA present; Officer Wayman present |
| 11:30:37 AM | Clerk to issue AO 234 Notice to Appear; passed to next docket |
| 11:30:42 AM | 3:16mj5; Keith E. Madden |
| 11:30:51 AM | Defendant not present; AUSA present; Officer Wayman present |
| 11:30:53 AM | Clerk to issue AO 234 Notice to Appear; passed to next docket |
| 11:30:57 AM | 3:16mj6; Paul E. Welch |

| | |
|---|---|
| **11:31:04 AM** | Defendant not present; AUSA present; Officer Wayman present |
| **11:31:07 AM** | Clerk to issue AO 234 Notice to Appear; passed to next docket |
| **11:31:13 AM** | Hearing adjourned |