# Courtroom Minute Report

**Room:** Huntington                **Case No.:** Petty Offense Docket            **Type:** Petty Offenses
**Caption:** CVB DOCKET           **Judge:** Cheryl A. Eifert

**Started:**  2/17/2016 10:03:55 AM
**Ends:**     2/17/2016 10:24:44 AM        **Length:** 00:20:50

    Judge: Cheryl A. Eifert
    Courtroom Deputy: Brooke Opperman
    Assistant U.S. Attorney: Joseph F. Adams
    **PETTY OFFENSE DOCKET**

| Time | Event |
|---|---|
| 10:04:31 AM | Judge called to bench by Courtroom Deputy |
| 10:04:39 AM | 3:16mj2; Ashley J. Brewer; Not Present |
| 10:04:50 AM | AUSA present; Officer Wayman present |
| 10:04:50 AM | AUSA moves to dismiss w/o prejudice |
| 10:05:02 AM | 3:16mj4; Jonathan G. Justice; Not present |
| 10:05:13 AM | AUSA Present; Officer Wayman present |
| 10:05:13 AM | Clerk to issue Warrant for defendant's arrest |
| 10:05:23 AM | 3:16mj5; Keith E. Madden; present in courtroom |
| 10:05:43 AM | AUSA Present; Officer Wayman present; |
| 10:05:43 AM | AUSA moves to dismiss violation number 4342383 w/o prejudice; Violation number 4342384 outstanding |
| 10:07:20 AM | Defendant given oath by Courtroom Deputy |
| 10:07:32 AM | Judge: Cheryl A. Eifert |
| 10:07:39 AM | Stated rights of defendant and defendant acknowledged these rights |
| 10:08:14 AM | Stated violation(s) in charging document and possible penalties |
| 10:10:29 AM | Defendant Keith Madden pleads guilty |
| 10:10:44 AM | Judge: Cheryl A. Eifert reviews facts stated in violation notice |
| 10:11:32 AM | Finds deft guilty |
| 10:12:13 AM | Assistant U.S. Attorney: Joseph F. Adams |
| 10:12:15 AM | No objection to reduced fine amount |
| 10:12:51 AM | Defendant's statement regarding fine |
| 10:13:22 AM | Judge: Cheryl A. Eifert |
| 10:14:50 AM | Fine of $100, $10 special assessment, $25 processing fee; total $135 with 3 months to pay |
| 10:15:59 AM | 3:16mj10; Robert D. Burns; Not present |
| 10:16:13 AM | AUSA present; Officer Wayman present |
| 10:16:13 AM | AUSA Moves to dismiss w/o prejudice |
| 10:16:21 AM | 3:16mj11; Michael H. Carroll; present in courtroom |
| 10:16:31 AM | AUSA present; Officer Wayman present |
| 10:16:45 AM | Assistant U.S. Attorney: Joseph F. Adams |
| 10:16:46 AM | Moves to dismiss w/o prejudice |
| 10:17:27 AM | 3:16mj12; Richard J. Collier; not present |
| 10:17:38 AM | AUSA present; Officer Wayman present |
| 10:18:09 AM | Clerk to issue AO 234; passed to next docket |
| 10:18:34 AM | 3:16mj13; Alicia M. Hicks; not present |
| 10:18:58 AM | AUSA moves to dismiss w/o prejudice |
| 10:19:04 AM | 3:16mj14; Jessica R. Justice; not present |
| 10:19:18 AM | AUSA moves to dismiss w/o prejudice |
| 10:19:23 AM | 3:16mj15; Shonna R. Miller; present in courtroom |
| 10:19:37 AM | AUSA present; Officer Wayman present |
| 10:19:52 AM | Assistant U.S. Attorney: Joseph F. Adams |
| 10:19:55 AM | Moves to dismiss w/o prejudice |
| 10:20:37 AM | 3:16mj16; David M. Robertson; not present |
| 10:20:59 AM | AUSA present; Officer Wayman present |
| 10:21:07 AM | Defendant has paid $25 fee to CVB; $25 still owed. |
| 10:21:42 AM | Assistant U.S. Attorney: Joseph F. Adams |
| 10:21:42 AM | Moves to dismiss remaining amount owed |
| 10:21:52 AM | 3:16mj17; David W. Ross; present in courtroom |
| 10:22:25 AM | AUSA present; Officer Wayman present |
| 10:22:42 AM | Assistant U.S. Attorney: Joseph F. Adams |

| | |
|---|---|
| **10:22:44 AM** | Moves to dismiss violation w/o prejudice |
| **10:23:23 AM** | 3:16mj18; Ricky M. Watts; not present |
| **10:23:23 AM** | AUSA present; Officer Wayman present |
| **10:24:02 AM** | Assistant U.S. Attorney: Joseph F. Adams |
| **10:24:04 AM** | Moves to dismiss violation number 4342432 w/o prejudice |
| **10:24:18 AM** | Petty offense violation 4342431 passed to next docket |
| **10:24:27 AM** | Hearing Adjourned |