IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                            Case No.: 3:16-mj-00002
                                  (Violation No.: VS51-4342393)

ASHLEY J. BREWER

### ORDER

At Huntington, on February 17, 2016, came the United States of America by Joseph Adams, Assistant United States Attorney, upon notice as issued by the Central Violation Bureau. Also present was Officer Wayman of the Veterans Affairs Medical Center ("VAMC"). The defendant was charged with Violation No. VS51-4342393, Driving with Expired Registration, in violation of West Virginia Code 17A-3-16. (ECF No. 1).

The United States moved to dismiss the violation without prejudice. The Court **GRANTED** the Motion and **ORDERED** this matter **DISMISSED, without prejudice**, and removed from the Court's docket.

The Clerk is directed to provide copies of this Order to the defendant, Assistant United States Attorney Joseph Adams, and Officer Wayman VAMC.

**ENTERED:** February 17, 2016

_____
Cheryl A. Eifert
United States Magistrate Judge